

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00042-CV

---

IN RE CODY WOMMACK

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Cody Wommack has filed a petition for a writ of mandamus asking this Court to compel the Morris County District Clerk to prepare a clerk's record in a matter currently pending before our Court "even though the trial court's denial of indigence is under appeal."[1] Because we lack jurisdiction over the Morris County District Clerk in this case, we dismiss this petition for a writ of mandamus.

Our mandamus jurisdiction is limited by Section 22.221 of the Texas Government Code, which authorizes appellate courts to issue writs of mandamus against certain judges in their districts. TEX. GOV'T CODE ANN. § 22.221(a), (b) (Supp.). Also, "[i]f necessary to protect our jurisdiction, we have . . . the power to issue a writ of mandamus against a district clerk. But the relator must demonstrate how mandamus relief is actually necessary to protect our jurisdiction." *In re Barnes*, 528 S.W.3d 822, 823 (Tex. App.—Texarkana 2017, orig. proceeding) (citations omitted).

Here, Wommack has failed to demonstrate that mandamus relief is necessary to enforce our jurisdiction. Instead, he has shown that he has a pending appeal in our Court, the trial court determined that he is not entitled to a free record on appeal and that determination has also been separately appealed in accordance with Rule 145 of the Texas Rules of Civil Procedure and will be decided in due time. *See* TEX. R. CIV. P. 145(g). Because no writ of mandamus is required to preserve our jurisdiction in any of Wommack's pending appeals, we do not have mandamus

---

[1] Wommack's petition for a writ of mandamus also alleged that the Morris County District Clerk had failed to file his "petition in a lawsuit involving the City of Lone Star," but Wommack has since notified this Court that he is withdrawing that complaint as moot because the lawsuit has been filed.

2

jurisdiction over the Morris County District Clerk. Accordingly, we dismiss this petition for a writ of mandamus.

Scott E. Stevens
Chief Justice

Date Submitted: April 29, 2025
Date Decided: April 30, 2025